

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. PD-0759-12, PD-760-12, PD-761-12, PD-762-12 and PD-763-12

### DAVID CALHOUN JONES, Appellant

### v.

### THE STATE OF TEXAS

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### COLLIN COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of five separate offenses of manslaughter. The Court of

Appeals affirmed the convictions. *Jones v. State*, Nos. 05-10-01178-CR, 05-10-01179-CR,

05-10-01180-CR, 05-10-01181-CR, 05-10-01182-CR (Tex.App - Dallas, delivered May 23,

2012). On January 16, 2013, Appellant's petitions for discretionary review were dismissed

as untimely filed. Appellant has filed a motion for rehearing requesting reinstatement of his

petitions so that they will be considered by this Court. Appellant's motion for rehearing is granted. His petitions for discretionary review filed in this Court on September 14, 2012, are filed as of March 6, 2013, and will be considered in accord with Tex.R.App.P. 68.

Delivered March 6, 2013
Do not publish